# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JEROME WINFIELD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SILVA, *et al.*,<br><br>　　　　Defendants. | No. 1:25-cv-00170-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S MOTIONS FOR LEAVE TO PROCEED IN FORMA PAUPERIS BE DENIED<br><br>Docs. 2, 7, 13 |

Plaintiff Michael Jerome Winfield is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on February 11, 2025, with a complaint and an unsigned motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Docs. 1, 2. Plaintiff filed a signed motion to proceed in forma pauperis on March 3, 2025, and a certified copy of his prison trust account statement on March 11, 2025. Docs. 7, 12.

On March 12, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed in forma pauperis be denied and that plaintiff be required to pay the $405.00 filing fee in full to proceed with this action. Doc. 13. Specifically, the magistrate judge found that, based on plaintiff's trust account information, plaintiff is able to afford the costs of this action. *Id.* at 1-2. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. *Id.* at 2. Plaintiff has not filed objections, and the deadline to do

1

so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of the case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on March 12, 2025, Doc. 13, are adopted in full;
2. Plaintiff's applications to proceed in forma pauperis (Docs. 2, 7) are denied;
3. Within **twenty-one (21) days** following the date of service of this order, plaintiff shall pay the $405.00 filing fee in full to proceed with this action; and
4. **If plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice.**

IT IS SO ORDERED.

Dated:   April 8, 2025

_____
UNITED STATES DISTRICT JUDGE