**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL JEROME WINFIELD, | Case No. 1:25-cv-0170 KES BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| v. | |
| SILVA, *et al.*, | (Doc. 21) |
| Defendants. | |

Michael Jerome Winfield asserts that correctional officers violated his civil rights while he was incarcerated at Corcoran State Prison.  Doc. 26.  The magistrate judge screened the first amended complaint pursuant to 28 U.S.C. § 1915A(a) and found Winfield stated cognizable Eighth Amendment claims for: (1) excessive force by Sgt. M. Silva, CO Silva, and CO Guerro; and (2) sexual assault against Sgt. Silva and CO Munoz.  Doc. 21 at 4-5, 8.  The magistrate judge found other claims—including allegations related to inadequate medical care, retaliation, failure to investigate, and verbal harassment—are not cognizable.  *Id.* at 5-8.  Therefore, the magistrate judge recommended the action proceed only on the cognizable claims, and all other claims and defendants be dismissed for failure to state a claim.

The court served the findings and recommendations and informed Winfield that any objections were due within fourteen 14 days after service.  Doc. 21 at 9.  In addition, Winfield was advised that "failure to file objections within the specified time may result in the waiver of

1

the 'right to challenge the magistrate's factual findings' on appeal." *Id.* at 9, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).  Winfield did not file objections and the time to do so has expired.

Pursuant to 28 U.S.C. § 636(b)(1), the court performed a de novo review of this case. Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and by proper analysis.  Thus, the Court **ORDERS**:

1.  The findings and recommendations are **ADOPTED** in full.

2.  This action **SHALL** proceed on the first amended complaint, with the following Eight Amendment claims **only**:

    a.  against correctional sergeant M. Silva and correctional officer Silva for excessive force used on February 8, 2024, at about 8:00 p.m.;

    b.  against correctional officer Guerro for excessive force, for repeatedly slamming Plaintiff into the building gate while handcuffed; and

    c.  against correctional sergeant M. Silva and correctional officer Munoz for sexual assault.

3.  All other claims and defendants are **DISMISSED** from this action for failure to state claims upon which relief may be granted.

4.  This action is referred to the magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:    February 6, 2026

_____
UNITED STATES DISTRICT JUDGE

2