# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JEROME WINFIELD,<br><br>         Plaintiff,<br><br>  v.<br><br>SILVA, *et al.*,<br><br>         Defendants. | Case No.  1:25-cv-00170-KES-BAM (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE (ECF No. 28)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE DEFENDANTS (ECF No. 30)<br><br>ORDER DIRECTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT SUBSTITUTING SGT. M. CONLEY FOR CORRECTIONAL OFFICER SILVA AND CORRECTIONAL OFFICER GUITIERREZ FOR CORRECTIONAL OFFICER GUERRO<br><br>**THIRTY-DAY DEADLINE** |

Plaintiff Michael Jerome Winfield ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's first amended complaint against Correctional Sergeant M. Silva and Correctional Officer Silva for excessive force used on February 8, 2024, at about 8:00 PM; against Correctional Officer Guerro for excessive force for repeatedly slamming Plaintiff into the building gate while handcuffed; and against Correctional Sergeant M. Silva and Correctional Officer Munoz for sexual assault, all in violation of the Eighth Amendment.

On February 9, 2026, the Court issued an order directing service on Defendants M. Silva,

1

Silva, Guerro, and Munoz under the Court's E-Service pilot program for civil rights cases for the Eastern District of California.  (ECF No. 23.)  The order included the following information regarding Defendant Silva: "Silva, Correctional Officer; California State Prison, Corcoran; on or about February 8, 2024."  (*Id.* at 2.)  The order included the following information regarding Defendant Guerro: "Guerro, Correctional Officer; California State Prison, Corcoran; on or about July 9, 2024."  (*Id.*)  On February 17, 2026, the Court received information that Defendants Silva and Guerro could not be identified.  Service documents were forwarded to the United States Marshals Service.  On February 20, 2026, the United States Marshal filed returns of service unexecuted as to Defendant Correctional Officer Silva and Defendant Correctional Officer Guerro.  (ECF No. 27.)

On March 4, 2026, the Court issued an order for Plaintiff to show cause why Defendants Silva and Guerro should not be dismissed from this action.  (ECF No. 28.)

Currently before the Court is Plaintiff's response to the show cause order, filed March 30, 2026.  (ECF No. 30.)  Plaintiff indicates that the accurate name of Correctional Officer Silva is Sgt M. Conley and that Correctional Officer Guerro[1] is now known to be Correctional Officer Guitierrez, both employed at Corcoran State Prison.  Plaintiff requests the assistance of the U.S. Marshal in obtaining the incident reports of February 8, 2024, and the assignment logs for that time verifying the names of Sgt. M. Conley and Correctional Officer Guitierrez.  Plaintiff also requests that Sgt. M. Conley and Correctional Officer Guitierrez be substituted for Correctional Officer Silva and Correctional Guerro.  (*Id.*)

To the extent Plaintiff requests that the U.S. Marshal assist in providing discovery of incident reports and assignment logs, that request is denied.  Discovery has not yet opened in this action.  However, once discovery is opened, Plaintiff will be free to submit discovery requests to any Defendants served in this matter, without a Court order.  Defendants Sergeant M. Silva and Correctional Officer E. Munoz have answered the first amended complaint.  (*See* ECF No. 31.)

Plaintiff's request to substitute the names of Sgt. M. Conley and Correctional Officer

---

[1] Identified as "Guerrero" in the motion.  (ECF No. 30 at 1-2.)

2

Guitierrez is granted.  Plaintiff is directed to file a second amended complaint substituting the name of Sgt. M. Conley for any references to Defendant Correctional Officer Silva and substituting the name of Correctional Officer Guitierrez for any references to Defendant Correctional Officer Guerro.  To assist Plaintiff, the Court will direct the Clerk of Court to send Plaintiff a copy of the first amended complaint in this action.  <u>Plaintiff is not required to change any other allegations in the complaint besides the names of Sgt. M. Conley and Correctional Officer Guitierrez</u>.  Once the Court has received the second amended complaint that substitutes Sgt. M. Conley and Correctional Officer Guitierrez, the Court will order service of the amended complaint on Sgt. M. Conley and Correctional Officer Guitierrez.

Accordingly, it is HEREBY ORDERED as follows:

1. The order to show cause issued on March 4, 2026, (ECF No. 28), is DISCHARGED;

2. Plaintiff's motion to substitute defendants, (ECF No. 30), is GRANTED, as discussed above;

3. The Clerk of the Court is directed to send Plaintiff a courtesy copy of the first amended complaint (ECF No. 20);

4. Within **thirty (30) days** from the date of service of this order, Plaintiff is directed to file a second amended complaint substituting the name of Sgt. M. Conley for any references to Defendant Correctional Officer Silva and substituting the name of Correctional Officer Guitierrez for any references to Defendant Correctional Officer Guerro; and

5. **<u>Plaintiff's failure to comply with this order will result in dismissal of Defendants Correctional Officer Silva and Correctional Officer Guerro from this action, without prejudice, for failure to serve with process pursuant to Federal Rule of Civil Procedure 4(m).</u>**

IT IS SO ORDERED.

Dated:   **April 21, 2026**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

3