UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. WINFIELD,<br><br>              Plaintiff,<br><br>       v.<br><br>SILVA, et al.,<br><br>              Defendants. | No.  1:25-cv-00170-KES-BAM (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE MICHAEL J. WINFIELD, CDCR #C-11332 |

A settlement conference in this matter commenced on June 1, 2026.  Inmate Michael J. Winfield, CDCR #C-11332, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 6/1/26

UNITED STATES MAGISTRATE JUDGE

1