# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MICHAEL JEROME WINFIELD,

      Plaintiff,

    v.

SILVA, *et al.*,

      Defendants.

Case No. 1:25-cv-00170-KES-BAM (PC)

ORDER DENYING MOTION REQUESTING ASSISTANCE OF INMATE LEGAL ASSISTANT AT SETTLEMENT CONFERENCE

(ECF No. 43)

Plaintiff Michael Jerome Winfield ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion requesting assistance of an inmate legal assistant at the settlement conference scheduled for June 1, 2026. (ECF No. 43.)  The motion was entered on the Court's docket on June 2, 2026. (*Id.*)  However, the Court held the settlement conference on June 1, 2026, and it has concluded. (ECF No. 41.)  Plaintiff's motion is therefore moot.  Accordingly, Plaintiff's motion requesting assistance of an inmate legal assistant at the settlement conference, (ECF No. 43), is HEREBY DENIED.

IT IS SO ORDERED.

Dated:  __**June 3, 2026**__                                    __/s/ Barbara A. McAuliffe__

                                                  UNITED STATES MAGISTRATE JUDGE

1