# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. WINFIELD,<br>Plaintiff,<br>v.<br>SILVA, *et al.*,<br>Defendants. | Case No. 1:25-cv-00170-KES-BAM (PC)<br><br>ORDER EXTENDING APPLICATION OF JUNE 3, 2026 DISCOVERY AND SCHEDULING ORDER TO DEFENDANTS CONNOLLY AND GUTIERREZ AND EXTENDING DISCOVERY AND DISPOSITIVE MOTION DEADLINES (ECF No. 45)<br><br>Exhaustion Motion Filing Deadline: **January 4, 2027**<br>Discovery Deadline: **May 3, 2027**<br>Dispositive Motion Deadline: **July 12, 2027** |

Plaintiff Michael Jerome Winfield ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Sergeants M. Silva and C. Connolly (named as M. Conley) for excessive force used on February 8, 2024, at about 8:00 PM; against Defendant Correctional Officer G. Gutierrez (named as Guiterrez) for excessive force for repeatedly slamming Plaintiff into the building gate while handcuffed; and against Defendants Sergeant M. Silva and Correctional Officer E. Munoz for sexual assault, all in violation of the Eighth Amendment.

On June 3, 2026, the Court issued a Discovery and Scheduling Order. (ECF No. 45.) Based on the amendment of the complaint and the recent appearance of Defendants C. Connolly and G. Gutierrez in this action, the Court finds it appropriate to extend application of the June 3,

2026 discovery and scheduling order to Defendants Connolly and Gutierrez. In addition, the Court will extend the applicable discovery and dispositive motion deadlines.[1] All other requirements set forth in the Court's June 3, 2026 discovery and scheduling order remain in place.

Accordingly, it is HEREBY ORDERED that:

1. Application of the June 3, 2026 discovery and scheduling order, (ECF No. 45), is EXTENDED to Defendants Connolly and Gutierrez.
2. The deadline for filing motions for summary judgment under Federal Rule of Civil Procedure 56 for failure to exhaust administrative remedies is extended from October 3, 2026, to **January 4, 2027**;
3. The deadline for completion of all discovery, including filing all motions to compel discovery, is extended from February 3, 2027, to **May 3, 2027;**
4. The deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is extended from April 12, 2027, to **July 12, 2027;**
5. **A request for an extension of a deadline set in this order must be filed on or before the expiration of the deadline in question and will only be granted on a showing of good cause**.

IT IS SO ORDERED.

Dated: **September 16, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

[1] The instant order does not further extend the amended pleading deadline.